■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GORDON, Appellant. [997 NYS2d 638]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed December 5, 2008, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Leventhal, Cohen and Maltese, JJ., concur.